**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Armando HERNANDEZ–ACEVEDO, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Donald Reddick, Defendant–Appellant.**

Nos. 05–3933, 06–1560.

United States Court of Appeals, Seventh Circuit.

Submitted Nov. 1, 2006 *.

Decided Feb. 16, 2007.

---

* After examining the briefs and the record, we

have concluded that oral argument is unnec-

Edmond E. Chang, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Richard H. Parsons, Office of the Federal Public Defender, Peoria, IL, for Defendant–Appellant.

Before Hon. ILANA DIAMOND ROVNER, Circuit Judge, Hon. DIANE P. WOOD, Circuit Judge, and Hon. TERENCE T. EVANS, Circuit Judge.

### ORDER

In light of our decision in *United States v. Tejeda*, 476 F.3d 471 (7th Cir.2007), we reinstate the briefs initially filed and rescind our order of January 8, 2007. We affirm the judgments of the district court in both cases.